PEOPLE v MALCOM. (Docket No. 58345.) Request for appointment of counsel denied. Perry Kenneth Malcom, *in propria persona,* appel-

lant. Case below, Court of Appeals No. 18728, per curiam opinion of February 12, 1976.